THE SUN PRINTING AND PUBLISHING ASSOCIATION, Appellant, v. REMINGTON PAPER & POWER COMPANY, INC., Respondent.— Order affirmed, with ten dollars

costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.